IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN MILLER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPER FRESH FOOD MARKET, et al. | : | NO. 02-2978 |

## SCHEDULING ORDER

AND NOW, this 10th day of July, 2002, after conducting an initial pretrial conference with counsel in the above-captioned matter pursuant to Federal Rules of Civil Procedure 16(b)(1)-(3) and 26(f), IT IS HEREBY **ORDERED** by the Court that:

1. The parties are to work together to complete all fact based discovery, apart from expert discovery, but including the exchanging of self-executing disclosures, propounding and responding to requests for production of documents and interrogatories within one hundred and twenty (120) days from the date of this Order, but no later than **October 8, 2002.**

2. A telephone status conference will be held on **October 10, 2002**, at **10:00 a.m.** to determine whether discovery has been completed, to set a time frame for expert discovery and/or dispositive motions as well as explore the possibility of a resolution in this matter. Plaintiff's counsel is directed to initiate this conference call to (215) 597-6079.

3. Counsel are expected to work together to facilitate the discovery process. In the event that the parties cannot, in good faith, resolve a discovery dispute without court intervention, counsel are directed to contact my Chambers through a telephone call or informal letter to request the scheduling of a conference. A telephone or in-person conference to discuss and resolve the dispute will be

scheduled in a prompt fashion.  The filing of formal discovery motions is discouraged.

4.  If during these proceedings a discovery and/or settlement conference takes place on the record, it is counsel's responsibility to inform the Court if its transcript should be filed under seal.

5.  Counsel may contact my Chambers at any time to schedule a settlement conference.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE