IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN MILLER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPER FRESH FOOD MARKET, et al. | : | NO. 02-2978 |

## SCHEDULING ORDER

AND NOW, this 5th day of September, 2002, upon consideration of correspondence to the court from Defendants' counsel dated September 4, 2002, IT IS HEREBY **ORDERED** by the Court that:

1. Fact-based discovery is extended to **December 31, 2002**.

2. The telephone status conference which was scheduled for October 10, 2002, will now be held on **January 6, 2003**, at **10:00 a.m.** to determine whether discovery has been completed, to set a time frame for expert discovery and/or dispositive motions as well as explore the possibility of a resolution in this matter. Plaintiff's counsel is directed to initiate this conference call to (215) 597-6079.

3. Counsel may contact my Chambers at any time to schedule a settlement conference.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE