```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| Robin Miller | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Superfresh Food Market, et al. | : | NO. 02-2978 |

**O R D E R**

      AND NOW, this 27th day of September, 2002, IT IS ORDERED that a settlement conference in the above-captioned case will be held on October 10, 2002, at 10:00 a.m. in Room 3030, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

      The attorneys are directed to be prepared to discuss their clients' positions in this matter and the status of settlement negotiations to date.  Each attorney appearing for a party must have the authority to settle on behalf of his/her client.

      The parties are to be present or available by telephone.

                                      BY THE COURT:

                                      _____

                                      M. FAITH ANGELL
                                      UNITED STATES MAGISTRATE JUDGE

**9/26/02 by Fax:**

```
cc:  Don. Innamorato, Esq.      f - 215-851-1420
cc:  Mark Frost, Esq.           f - 215-351-3332
```