IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Robin Miller | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Superfresh Food Market, et al. | : | NO. 02-2978 |

**O R D E R**

      AND NOW, this 1st day of October, 2002, IT IS ORDERED that the settlement conference in the above-captioned case will now be held on **October 17, 2002, at 10:00 a.m.** in Room 3030, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

      The attorneys are directed to be prepared to discuss their clients' positions in this matter and the status of settlement negotiations to date.  Each attorney appearing for a party must have the authority to settle on behalf of his/her client.

      The parties are to be present or available by telephone.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

**10/1/02 by Fax:**

cc:  Don. Innamorato, Esq.    f - 215-851-1420
cc:  Mark Frost, Esq.        f - 215-351-3332