IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN MILLER | : | CIVIL ACTION |
| v. | : | |
| SUPER FRESH FOOD MARKET, et al. | : | NO. 02-2978 |

## ORDER

AND NOW, this 17th day of October, 2002, after conducting a conference with counsel in the above-captioned matter, IT IS HEREBY **ORDERED** BY THE COURT that:

1. With the exception of the receipt of medical records already requested, this action is STAYED for a period of ninety (90) days, but no later than **January 15, 2003**.

2. A **Telephone Status Conference** shall be held on **January 16, 2003** at **2:00 p.m.** to discuss the status of the matter and its possible resolution. Plaintiff's counsel shall initiate this call to (215) 597-6079.

3. The parties may contact Chambers at any time to schedule a settlement conference.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE