```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ROBIN MILLER                          :     CIVIL ACTION
                                      :
                                      :
        v.                            :
                                      :
SUPER FRESH FOOD MARKET, et al.  :     NO. 02-2978

## O R D E R

**AND NOW, TO WIT:** this 6th day of February, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel.

                              BY THE COURT:


                              _____
                              M. FAITH ANGELL
                              UNITED STATES MAGISTRATE JUDGE

Civ 12 (1/96)
41.1(b)